IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 4:15CV-166-DMB-JMV** |
| **PURVIS WILLIAM HILL, JR.** | **DEFENDANT** |

*Consolidated With*

| | |
|---|---|
| **PURVIS WILLIAM HILL, JR.** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 4:15-CV-184-DMB-JMV** |
| **MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY AND JOHN DOES 1-3** | **DEFENDANTS** |

**ORDER**

Before the Court in these consolidated cases are identical motions filed by Massachusetts Mutual Life Insurance Company for continued status reports from Attorney Candace Williamson, who formerly served as counsel for Dr. Purvis William Hill, Jr., deceased. Essentially, Massachusetts Mutual seeks an order requiring Ms. Williamson to file periodic status reports about her efforts to be appointed administrator of Dr. Hill's estate and to immediately petition the Chancery Court to either appoint a temporary administrator or administrator ad litem. The Court finds these requests are not well taken, and the motions are, therefore, **DENIED**. Nevertheless, the Court intends to schedule status conferences in this matter as needed, and one such conference shall be set by separate order within 10 days of this date.

**SO ORDERED this 18th day of January, 2017.**

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE