**MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY**                                                **PLAINTIFF**

**V.**                           **CIVIL ACTION NO. 4:15CV-166-DMB-JMV**

**PURVIS WILLIAM HILL, JR.**                                    **DEFENDANT**


*Consolidated With*


**PURVIS WILLIAM HILL, JR.**                                      **PLAINTIFF**

**V.**                           **CIVIL ACTION NO. 4:15-CV-184-DMB-JMV**

**MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY AND JOHN DOES 1-3**                          **DEFENDANTS**


## ORDER

By Order [65] dated January 18, 2017, the undersigned denied Massachusetts Mutual

Life Insurance Company's motion for an order requiring, among other things, periodic status

reports from Attorney Candace Williamson about her efforts to be appointed administrator of Dr.

Purvis Hill's estate.  That Order informed the parties that the Court would, nevertheless, set

status conferences as needed.  The Court, by separate notice, set a telephonic status conference

for January 19 at 3:00 p.m.; however, Ms. Williamson failed to appear.  The docket reflects all

counsel of record, including Ms. Williamson, received notice of both the Court's Order [65] and

the notice setting the telephone conference.  Because Ms. Williamson failed to appear for the

conference, and there is no record she sought a continuance, the Court is compelled to order that

she be required to file periodic status reports which shall include the following:  1) details of the

status of the estate proceedings in Chancery Court and 2) details of efforts made by Ms.

Williamson to have a representative appointed for Dr. Hill's estate.  Ms. Williamson must file the first of such reports by January 24, 2017, and shall file an updated report every 21 days thereafter.

**SO ORDERED this 20th day of January, 2017.**


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE