IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:15CV-166-DMB-JMV

PURVIS WILLIAM HILL, JR.                                                            DEFENDANT

*Consolidated With*

PURVIS WILLIAM HILL, JR.                                                             PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:15-CV-184-DMB-JMV

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY AND JOHN DOES 1-3                                                          DEFENDANTS

### ORDER APPROVING IN PART FEES AND EXPENSES

By Order dated March 17, 2017, this Court granted in part identical motions for entry of an order to show cause [#69 in 4:15cv166 & #62 in No. 4:15cv184] filed by Massachusetts Mutual Life Insurance Company ("Mass Mutual") in these consolidated cases. That Order awarded to Mass Mutual "all reasonable attorney's fees and expenses incurred by counsel for Massachusetts Mutual Life Insurance Co. in preparing the instant motion and appearing at the hearing." Counsel for Mass Mutual was required to file an itemization of *reasonable* fees and expenses incurred, along with an attorney's supporting affidavit. Attorney Candace Williamson was allowed 7 days after the filing of counsel's affidavit(s) to file any objection she had to the reasonableness of the amount of the fees and expenses. It has now been more than 7 days since the filing of Mass Mutual's counsel's fee affidavits, and no objection thereto has been filed by Attorney Williamson. Accordingly, the Court is ready to rule.

Though Ms. Williamson has filed no objection to counsel's submissions, the Court finds the total amount of fees and expenses submitted, $12,913.46, will not be awarded. Rather, a more reasonable award of fees and expenses in the amount of $3,000.00 is appropriate. While the Court is aware that far greater fees and expenses may be collected by counsel, the subject the motions concerned was not complex, and the motions were granted only in part.

**THEREFORE, IT IS ORDERED:**

That Attorney Candace Williamson shall pay to Defendant Mass Mutual the total amount of **$3,000.00 by May 19, 2017**, for the benefit of its counsel.

This 4th day of April, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge