# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI GREENVILLE DIVISION

**MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 4:15CV-166-DMB-JMV**

**PURVIS WILLIAM HILL, JR.**                                        **DEFENDANT**

*Consolidated With*

**PURVIS WILLIAM HILL, JR.**                                          **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 4:15-CV-184-DMB-JMV**

**MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY AND JOHN DOES 1-3**                          **DEFENDANTS**

## ORDER

This matter is before the Court on Massachusetts Mutual Life Insurance Company's Motions for clarification filed in each of these actions. The undersigned finds the instant motion is well taken. Accordingly, the stay–now having lifted by operation of the District Judge's Order but the trial setting remaining unchanged–it is ORDERED that:

1. The deadline for filing motions *in limine* and for meeting the parties' meet and confer obligation is extended to 4/22/17.

2. The deadline for submission of a proposed final pretrial order is extended to 5/2/17.

**SO ORDERED this 20th day of April, 2017.**

                                                                        /s/ Jane M. Virden
                                                                    UNITED STATES MAGISTRATE JUDGE