IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY                                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 4:15CV-166-DMB-JMV

PURVIS WILLIAM HILL, JR.                                                         DEFENDANT

*Consolidated With*

PURVIS WILLIAM HILL, JR.                                                         PLAINTIFF

V.                                                    CIVIL ACTION NO. 4:15-CV-184-DMB-JMV

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY AND JOHN DOES 1-3                                                  DEFENDANTS

## ORDER DENYING MOTION FOR JOINDER
## AND STAYING PROCEEDINGS

Before the Court is the motion of Candace Williamson, former counsel for Purvis William Hill, deceased, for joinder of the Estate of Purvis William Hill. For a myriad of reasons, including the fact that this Court has already determined that without a client Ms. Williamson only has authority to seek extensions of time in this matter, the motion is DENIED. Nevertheless, because the undersigned has been advised by the District Judge that the trial of this matter will be continued until further order of the Court, these proceedings are hereby STAYED until the earlier of 60 days from this date or appointment of an administrator in the Coahoma County Chancery Court matter (Cause No. 14CH1:16-cv-00562-JMB). If, however, this Court has not been notified of appointment of an administrator within the 60-day time frame, the stay

will lift automatically, and the case will be immediately set for a status conference.

This 4th day of May, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge