**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MASSACHUSETTS MUTUAL LIFE**                                                                           **PLAINTIFF**
**INSURANCE COMPANY**

**V.**                                               **NO. 4:15-CV-00166-DMB-JMV**

**PURVIS WILLIAM HILL, JR.**                                                   **DEFENDANT**

*CONSOLIDATED WITH*

**PURVIS WILLIAM HILL, JR.**                                                      **PLAINTIFF**

**V.**                                               **NO. 4:15-CV-00184-DMB-JMV**

**MASSACHUSETTS MUTUAL LIFE**                                      **DEFENDANTS**
**INSURANCE COMPANY; and JOHN
DOES 1–3**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 12, 2017, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that "Attorney Candace Williamson not be permitted to enter a new appearance as counsel in any case in the Northern District of Mississippi for a 120-day period from the date of entry of an order by the District Judge adopting this R&R." Doc. #96 at 1. Judge Virden's recommendation is based on Williamson's failure "to comply with instructions of the court related to several proceedings in this [consolidated] matter ...." *Id*. at 6. The Report and Recommendation was electronically served on Williamson, who is counsel of record in this action. Williamson did not object to the Report and Recommendation within the time allowed.

Where objections to a report and recommendation have been filed, a court must conduct a "de novo review of those portions of the ... report and recommendation to which the [parties]

specifically raised objections. With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)) (internal citation omitted).

The Court has reviewed Judge Virden's Report and Recommendation and has found no plain error on the face of the record. Accordingly, the Report and Recommendation [96] is **ADOPTED** as the order of the Court. Attorney Candace Williamson may not enter a new appearance as counsel in any case in the Northern District for a 120-day period from the date of entry of this order.

**SO ORDERED**, this 31st day of July, 2017.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**