IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | PLAINTIFF |
| V. | CIVIL ACTION NO. 4:15CV-166-DMB-JMV |
| PURVIS WILLIAM HILL, JR. | DEFENDANT |

*Consolidated With*

| | |
|---|---|
| PURVIS WILLIAM HILL, JR. | PLAINTIFF |
| V. | CIVIL ACTION NO. 4:15-CV-184-DMB-JMV |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY AND JOHN DOES 1-3 | DEFENDANTS |

## ORDER

Before the Court in these consolidated cases is Massachusetts Mutual Life Insurance Company's Motion for Substitution of a party. For good cause shown, and hearing no objection from any party, the Court finds that the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED:**

1. That the motion for substitution is **GRANTED**.

2. That Candace L. Williamson and Sammy J. Ellis, co-executors of the Estate of Purvis William Hill, Jr., are hereby substituted as *Defendants* in the place of Purvis William Hill, Jr., in Cause No. 4:15cv166-DMB-JMV.

3. That Candace L. Williamson and Sammy J. Ellis, co-executors of the Estate of Purvis William Hill, Jr., are hereby substituted as *Plaintiffs* in the place of Purvis William Hill, Jr., in Cause No. 4:15cv184-DMB-JMV.

4. That the Clerk of this Court shall promptly amend the record to reflect the substitution of parties in these cases.

5. That counsel for Candace L. Williamson and Sammy J. Ellis, co-executors of the Estate of Purvis William Hill, Jr., shall make a formal entry of appearance in this matter on or before November 21, 2017.

6. That Massachusetts Mutual Life Insurance Company is directed to serve a copy of this order upon Candace L. Williamson and Sammy J. Ellis within three (3) business days of this date and file certification of the same.

SO ORDERED this 7th day of November, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE