IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY**                                                **PLAINTIFF**

V.                                 **CIVIL ACTION NO. 4:15CV-166-DMB-JMV**

**CANDACE L. WILLIAMSON,**
*Co-executor of the Estate of Purvis William Hill, Jr.*, ET AL.       **DEFENDANTS**

## ORDER

Before the Court is Plaintiff Massachusetts Mutual Life Insurance Company's ("MMLIC") Motion for Civil Contempt and for Entry of Judgment [123]. By the motion, MMLIC seeks an order of contempt and a monetary judgment against Candace Williamson, who previously participated in this action as counsel on behalf of Purvis William Hill, Jr., but who ultimately became a party only in her capacity as co-executor of the Estate of Purvis William Hill, Jr.

In view of the nature of the claims made against Ms. Williamson—presumably in her individual capacity—this matter will be set, by separate notice, for an in-person hearing that Ms. Williamson (and her counsel if any) and counsel for MMLIC **are required to attend**. Ms. Williamson should be prepared to explain to the Court why she should not be held in civil contempt for failure to comply with the Orders described in MMLIC's motion. Ms. Williamson is warned that should she fail to appear at the hearing, she will subject herself to entry of a contempt order and/or imposition of further sanctions, including, but not limited to, monetary sanctions and suspension from practice in this District—as deemed appropriate by the Court.

Additionally, Ms. Williamson is advised that her failure to appear may warrant issuance of a recommendation to the Mississippi Bar for investigation and possible disciplinary action.

Lastly, counsel for MMLIC shall, at least 7 days in advance of said hearing, file additional briefing that contains legal authority in support of its request for a monetary "judgment" against Ms. Williamson, a non-party to this action (now closed) in her individual capacity.

**SO ORDERED** this 2nd day of May, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE