IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY**                                                                               **PLAINTIFF**

V.                                                         CIVIL ACTION NO. 4:15CV-166-DMB-JMV

**CANDACE L. WILLIAMSON,**
*Co-executor of the Estate of Purvis William Hill, Jr.*, ET AL.          **DEFENDANTS**

## ORDER

By Order [124] dated May 2, 2019, it was ordered that by separate notice this matter would be set for an in-person hearing that Ms. Williamson (and her counsel if any) and counsel for MMLIC would be required to attend. Accordingly, the same day the matter was noticed for a hearing to be held 5/21/19. Upon further reflection, however, the undersigned finds that a hearing is not required at this time. Accordingly, the May 21, 2019 hearing is hereby CANCELLED.

**SO ORDERED** this 16th day of May, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE